UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 19-3217

UNITED STATES OF AMERICA

v.

TYREEK STYLES
a/k/a
"Reek",
Appellant

(E.D. Pa. No. 2-13-cr-00030-001)

Present: HARDIMAN, MATEY and SCIRICA, Circuit Judges

ORDER

The opinion and judgment filed on December 23, 2021 is hereby vacated. The Clerk is directed to file the amended opinion and re-enter the judgment contemporaneously with this order.

By the Court,

s/Anthony J. Scirica
Circuit Judge

Dated: January 4, 2022
Tmm/cc: Tyreek Styles
Alexandre N. Turner, Esq.
Thomas M. Zaleski, Esq.